# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                          Case No.: 1:20−cr−00254

                                              Honorable Gabriel A. Fuentes

Matthew Rupert

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 2, 2020:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer as to Matthew Rupert: The Clerk is directed to place the search warrant and related materials from 20 M 276 in the docket for this criminal case, No. 20 CR 254. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.